IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  CASE NO. 5:23-CR-36 (MTT) |
| | ) |
| BYRON BRADLEY DEMERITTE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Doc. 50. The defendant, along with one co-defendant, was indicted on June 14, 2023. Doc. 1. Defendant Byron Bradley Demeritte had his arraignment in this Court on July 6, 2023. Doc. 17. Two prior continuances have been granted. Docs. 38; 44. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for defendant's counsel to receive additional discovery and conduct further investigation. Doc. 50 at 1. The government does not oppose the motion. *Id.* at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 50) is **GRANTED**. The case is continued from the January term until the Court's trial term presently scheduled for **March 11, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 7th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT