IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-36 (MTT) |
| | ) |
| BYRON BRADLEY DEMERITTE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Doc. 58. The defendant, along with one co-defendant, was indicted on June 14, 2023. Doc. 1. Defendant Byron Bradley Demeritte had his arraignment in this Court on July 6, 2023. Doc. 17. Three prior continuances have been granted. Docs. 38; 44; 51. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term in light of defendant's counsel's conflict due to medical leave as well as the need to review additional discovery. Doc. 58 at 1-2. The government does not oppose the motion. *Id.* at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 58) is **GRANTED**. The case is continued from the March term until the Court's trial term presently scheduled for **April 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 13th day of February 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT